In the Matter of PETER J. HAGEN.

(Submitted May 5, 1930; decided May 7, 1930.)

MOTION for permission to take the State bar examination.

Ordered that on complying with the rules in other respects, Peter J. Hagan and all others similarly situated may be admitted to the June, 1930, bar examinations without further study of law on the successful completion of three years of law school work in a school which, before the new rules as to preliminary education requirements took effect, required two years or more of college work for the admission of students as candidates for a degree.